1  A. KRISTINE FLOYD (BAR NO. 155930)
JULIE W. RUSS (BAR NO. 198246)
2  ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
3  1900 Main Street, Fifth Floor
Irvine, California 92614-7321
4  Phone: (949) 553-1313
Fax: (949) 553-8354
5  E-Mail: kfloyd@allenmatkins.com
         jruss@allenmatkins.com
6
Attorneys for Defendants
7  Lincoln BP Management, Inc.; Camp Pendleton &
Quantico Housing, LLC; LPC Pendleton Quantico
8  PM, Inc.; Lincoln Military Property Management,
Inc.; and Lincoln Property Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAGGONER, TIMIYA WAGGONER, a minor, by and through her guardian ad litem BRITTANY WAGGONER,<br><br>Plaintiffs,<br><br>vs.<br><br>LINCOLN BP MANAGEMENT, INC.; CAMP PENDLETON & QUANTICO HOUSING LLC; LPC PENDLETON QUANTICO PM, INC.; LINCOLN MILITARY PROPERTY MANAGEMENT, INC.; LINCOLN PROPERTY COMPANY; TEXAS LINCOLN PROPERTY; UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF DEFENSE AND UNITED STATES DEPARTMENT OF THE NAVY AND DOES 1 through 500, inclusive,<br><br>Defendants. | Case No. 11cv0277 IEG BLM<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST FILED BY DEFENDANTS LINCOLN BP MANAGEMENT, INC.; CAMP PENDLETON & QUANTICO HOUSING LLC; LPC PENDLETON QUANTICO PM, INC.; LINCOLN MILITARY PROPERTY MANAGEMENT, INC.; AND LINCOLN PROPERTY COMPANY** |

In accordance with Federal Rule of Civil Procedure, Rule 7.1 and Rule 40.2 of the Local Civil Rules of the United States District Court for the Southern District of California, the undersigned, counsel of record for Defendants Lincoln BP Management, Inc., Camp Pendleton & Quantico Housing, LLC, LPC Pendleton Quantico PM, Inc., Lincoln Military Property Management, Inc. and Lincoln Property Company, erroneously also sued herein as named Defendant Texas Lincoln Property which is not a legal entity and does not exist (collectively "Defendants"), hereby certify that there are no parent corporations and no publicly held companies that own 10% or more of any of Defendants' stock.

Dated: February 16, 2011

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
A. KRISTINE FLOYD
JULIE W. RUSS

By: */s/ Julie W. Russ*
JULIE W. RUSS
Attorneys for Defendants
Lincoln BP Management, Inc.; Camp Pendleton & Quantico Housing, LLC; LPC Pendleton Quantico PM, Inc.; Lincoln Military Property Management, Inc.; and Lincoln Property Company