JOHN C. MILLER, JR., # 143323
**MILLER LAW, INC.**
A Professional Law Corporation
1745 Creekside Drive, Folsom, CA 95630
*MAILING ADDRESS:*
Post Office Box 700, Folsom, CA 95763-0700
Telephone: (916) 351-1200
Facsimile: (916) 351-1244
Email: jmiller@millerlawinc.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAGGONER; TIMIYA WAGGONER, a minor by and through her Guardian ad Litem Brittany Waggoner,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN BP MANAGEMENT, INC.; CAMP PENDLETON & QUANTICO HOUSING; LLC; LPC PENDLETON QUANTICO PM, INC.; LINCOLN MILITARY PROPERTY MANAGEMENT,INC; LINCOLN PROPERTY COMPANY; TEXAS LINCOLN PROPERTY; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF THE NAVY and DOES 1 through 500, inclusive,<br><br>Defendants. | CASE NO.: 3:11 cv0277-IEG (BLM)<br><br>**NOTICE OF SETTLEMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties have reached a settlement effective November 11, 2011. Documents have not yet been executed.

The settlement is unconditional.

The parties hereby withdraw the Joint Motion to Continue Deadlines currently pending before the Court. The parties further request the Joint Status Conference Statement deadline be vacated and

the Court cancel the required Case Management telephone conference scheduled for November 29, 2011.

DATED: November 18, 2011

MILLER LAW, INC.

By: _____
JOHN C. MILLER, JR.
State Bar No. 143323

DATED: November 18, 2011

ALLEN MATKINS LECK GAMBLE
MALLAORY & NATSIS LLP

By: _____
JULIE W. RUSS
State Bar No. 198246

the Court cancel the required Case Management telephone conference scheduled for November 29, 2011.

DATED: November 18, 2011      MILLER LAW, INC.

By: _____
              JOHN C. MILLER, JR.
              State Bar No. 143323

DATED: November 18, 2011      **ALLEN MATKINS LECK GAMBLE MALLAORY & NATSIS LLP**

By: _____
              JULIE W. RUSS
              State Bar No. 198246

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
WAGGONER v. LINCOLN BP MANAGEMENT, INC., et al.; Case No. 11cv0277 IEG BLM

## PROOF OF SERVICE

CODE OF CIVIL PROCEDURE
SECTIONS 1013, SUBDIVISION (a) AND 2015.5

I am a citizen of the United States and am employed in the County of Sacramento. I am over the age of 18 years and not a party to the within cause; my business address is Miller Law, Inc., 1745 Creekside Drive, Folsom, CA 95630 (Mailing Address: P.O. Box 700, Folsom, California 95763-0700).

On the date below, I served the within **NOTICE OF SETTLEMENT** on the parties in this cause, by placing for collection, process and deposit a true copy thereof enclosed in this action as follows:

### *SEE SERVICE LIST*

☒ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed in the service list, and placing each for collection and mailing on that date following the ordinary course of business practices. I am readily familiar with this business's practice for the collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Folsom, California, in a sealed envelope with postage fully prepaid.

☐ **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed as above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ **BY FACSIMILE:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the person at the fax numbers listed on the service list. The telephone number of the sending facsimile machine was (916) 351-1244. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error. A copy of that report is attached.

☐ **BY EMAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in the service list. I did not receive, within a reasonable time after the transmission, any electronic message other than indication that the transmission was unsuccessful.

☐ **PERSONAL SERVICE:** I personally served or caused the document(s) listed above to be personally delivered via a third party agent to the person(s) at the address(es) listed above and/or authorized to accept service on their behalf.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 22, 2011 at Folsom, California

Jeanne Hutton

## SERVICE LIST

| | |
|---|---|
| **CAMP PENDLETON & QUANTICO HOUSING; LLC; LPC PENDLETON QUANTICO PM, INC.; LINCOLN MILITARY PROPERTY MANAGEMENT, INC; LINCOLN PROPERTY COMPANY:** | **ATTORNEYS FOR THE UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF THE NAVY:** |
| Pamela L. Andes, Esq. | Laura E. Duffy |
| A. Kristine Flloy, Esq. | United States Attorney |
| Julie W. Russ, Esq. | Charles G. Schierer, Esq. |
| Allen Matkins Leck Gamble Mallory & Natsis LLP | Special Assistant U.S. Attorney |
| 1900 Main Street, Fifth Floor | Office of the U.S. Attorney |
| Irvin, CA 92614-7321 | 880 Front Street, Room 6293 |
| PH: (949) 553-1313   FAX: (949) 553-8354 | San Diego, CA 92101-8893 |
| Pamela Direct Line: 949.553.1313 | PH: (619) 557-7460 |
| Email: pandes@allenmatkins.com | Email: charles.schierer@usdoj.gov |
| kfloyd@allenmatkins.com | |
| jruss@allenmatkins.com | |

Anthony J. Oliva, Esq.
515 South Figueroa, 9th Floor
Los Angeles, CA 90071
PH: (213) 622-5555  FAX: (213) 620-8816
Email: toliva@allenmatkins.com

MILLER LAW, INC.
Post Office Box 700
Folsom, California 95763-0700
(916) 351-1200

0500554300                                                                                          P.01/01

# TRANSACTION REPORT

NOV/22/2011/TUE 10:56 AM

BROADCAST

| #   | DATE    | START T. | RECEIVER    | COM.TIME | PAGE | TYPE/NOTE  |    | FILE     |
|-----|---------|----------|-------------|----------|------|------------|----|----------|
| 001 | NOV/22  | 10:54AM  | 19495538354 | 0:00:57  | 5    | MEMORY     | OK | SG3 2205 |
| 002 |         | 10:55AM  | 12136208816 | 0:00:58  | 5    | MEMORY     | OK | SG3 2205 |
| TOTAL |       |          |             | 0:01:55  | 10   |            |    |          |

1  JOHN C. MILLER, JR., # 143323
   **MILLER LAW, INC.**
2  A Professional Law Corporation
   1745 Creekside Drive, Folsom, CA 95630
3  *MAILING ADDRESS:*
   Post Office Box 700, Folsom, CA 95763-0700
4  Telephone:    (916) 351-1200
   Facsimile:    (916) 351-1244
5  Email:        jmiller@millerlawinc.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10

11 TIMOTHY WAGGONER; TIMIYA            )  CASE NO.: 3:11 cv0277-IEG (BLM)
   WAGGONER, a minor by and through her )
12 Guardian ad Litem Brittany Waggoner, )

13           Plaintiffs,                )  **NOTICE OF SETTLEMENT**

14 v.                                   )

15 LINCOLN BP MANAGEMENT, INC.;         )
   CAMP PENDLETON & QUANTICO            )
16 HOUSING; LLC; LPC PENDLETON          )
   QUANTICO PM, INC.; LINCOLN           )
17 MILITARY PROPERTY                    )
   MANAGEMENT,INC; LINCOLN              )
18 PROPERTY COMPANY; TEXAS              )
   LINCOLN PROPERTY; UNITED STATES      )
19 OF AMERICA; UNITED STATES            )
   DEPARTMENT OF DEFENSE; UNITED        )
20 STATES DEPARTMENT OF THE NAVY        )
   and DOES 1 through 500, inclusive,   )
21                                      )
             Defendants.                )
22                                      )

23 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

24         The parties have reached a settlement effective November 11, 2011. Documents have not yet

25 been executed.