A. KRISTINE FLOYD (BAR NO. 155930)
JULIE W. RUSS (BAR NO. 198246)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: kfloyd@allenmatkins.com
       jruss@allenmatkins.com

Attorneys for Defendants
Lincoln BP Management, Inc.; Camp Pendleton & Quantico Housing, LLC; LPC Pendleton Quantico PM, Inc.; Lincoln Military Property Management, Inc.; Lincoln Property Company; United States of America; United States Department of Defense; and the United States Department of the Navy

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAGGONER, TIMIYA WAGGONER, a minor, by and through her guardian ad litem BRITTANY WAGGONER,<br><br>Plaintiffs,<br><br>vs.<br><br>LINCOLN BP MANAGEMENT, INC.; CAMP PENDLETON & QUANTICO HOUSING LLC; LPC PENDLETON QUANTICO PM, INC.; LINCOLN MILITARY PROPERTY MANAGEMENT, INC.; LINCOLN PROPERTY COMPANY; TEXAS LINCOLN PROPERTY; UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF DEFENSE AND UNITED STATES DEPARTMENT OF THE NAVY AND DOES 1 through 500, inclusive,<br><br>Defendants. | Action No. 11CV0277-IEG-MDD<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)]<br><br>[(PROPOSED) ORDER LODGED CONCURRENTLY] |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs

TIMOTHY WAGGONER and TIMIYA WAGGONER, a minor, by and through

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

944873.01/OC
-///

-1-
JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE

1  her guardian ad litem BRITTANY WAGGONER (collectively "Plaintiffs"), on the
2  one hand, and Defendants LINCOLN BP MANAGEMENT, INC.; CAMP
3  PENDLETON & QUANTICO HOUSING LLC; LPC PENDLETON QUANTICO
4  PM, INC.; LINCOLN MILITARY PROPERTY MANAGEMENT, INC.;
5  LINCOLN PROPERTY COMPANY; TEXAS LINCOLN PROPERTY; UNITED
6  STATES OF AMERICA, UNITED STATES DEPARTMENT OF DEFENSE AND
7  UNITED STATES DEPARTMENT OF THE NAVY (collectively, "Defendants"),
8  on the other hand, through their undersigned counsel of record, that pursuant to
9  Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action
10 including the Complaint filed herein, and each and every claim for relief by
11 Plaintiffs be dismissed with prejudice, with each party to bear its/his/her own costs
12 and attorneys' fees.

Dated: December 21, 2011

ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
A. KRISTINE FLOYD
JULIE W. RUSS

By: _____
JULIE W. RUSS
Attorneys for Defendants
Lincoln BP Management, Inc.; Camp
Pendleton & Quantico Housing, LLC;
LPC Pendleton Quantico PM, Inc.;
Lincoln Military Property
Management, Inc.; Lincoln Property
Company; United States of America;
United States Department of Defense;
and the United States Department of
the Navy

Dated: December 21, 2011

MILLER LAW, INC.
JOHN C. MILLER

By: _____
JOHN C. MILLER
Attorneys for Plaintiffs
Timothy Waggoner and Timiya
Waggoner, a Minor, by and through
her Guardian ad Litem, Brittany
Waggoner

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

944873.01/OC
-///

-2-
JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE